UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATHLEEN ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C08-5734BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 16). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **REMANDED** for further consideration by the ALJ.

DATED this 14th day of October, 2009.

                                        BENJAMIN H. SETTLE
                                      United States District Judge

ORDER